UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAEZON ELLIS,<br><br>                              Plaintiff,<br><br>         -against-<br><br>NAICA HOUSING DEVELOPMENT FUND COMPANY, INC.; JOHN DOE, SECURITY ON STAFF; JOHN DOE, STAFF,<br><br>                              Defendants. | 24 CIVIL 6683 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 21, 2025
         New York, New York

                                                            /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                      Chief United States District Judge